IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY KINGMAN,

    Plaintiff,

    v.

Case No. 19-cv-999-wmc

CHRIS FREDERICKSON, ANDREW
LARSON, DAVID HOLT, STEVE SAUER,
RYAN ROSSING, DANIEL GUILD, and
CITY OF RHINELANDER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Chris Frederickson, Andrew Larson, David Holt, Steve Sauer, Ryan Rossing, Daniel Guild, and City of Rhinelander against plaintiff Timothy Kingman dismissing this case.

| s/ K. Frederickson, Deputy Clerk | December 13, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |