**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

**TIMOTHY KINGMAN,**

    Plaintiff,

    v.

**MAYOR CHRIS FREDERICKSON,**             Case No. 19-CV-999
**COUNCIL PERSON ANDREW LARSON,**
**COUNCIL PERSON DAVID HOLT,**
**COUNCIL PERSON STEVE SAUER,**
**COUNCIL PERSON RYAN ROSSING, and**
**CITY ADMINISTRATOR DANIEL GUILD,**
individually and in their official capacity,
**CITY OF RHINELANDER,**

    Defendants.

---

**NOTICE OF APPEAL**

---

    Plaintiff, Timothy Kingman, hereby appeals to the United States Court of Appeals for the Seventh Circuit the Order and Judgment entered by U.S. Western District of Wisconsin Judge William Conley on December 13, 2021 granting Defendants' Motion for Summary Judgment.

    Dated this 4th day of January, 2022.

                                             s/William R. Rettko
                                             State Bar No. 1002608
                                             Counsel for Plaintiff
                                             RETTKO LAW OFFICES, S.C.
                                             15460 W. Capitol Drive, Suite 150
                                             Brookfield, WI 53005
                                             Telephone: (262) 783-7200
                                             Facsimile: (262) 783-7202
                                             bill@rettkolaw.com